CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

Docket No. 2017-06844      Division: _____   Section: SECTION 16

LUCIUS SELF

VERSUS

DOLLAR GENERAL, DOLGENCORP, LLC

FILED: _____, 2017

_____
DEPUTY CLERK

### PETITION FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

The petitioner Lucius Self represents as a basis for institution of this lawsuit is in the following respects:

Made defendants herein are Dollar General and Dolgencorp, LLC.

#### I.
#### JURISDICTIONAL STATEMENT

This court has jurisdictional authority to hear and decide this case pursuant to Louisiana code of civil procedure article 4841.

#### II.
#### VENUE

Venue is proper pursuant to Louisiana code of civil procedure article 42.

#### III.
#### PARTIES

1. Lucius Self is a person of full age of majority and domicile in the Parish of Orleans.

2. Dolgencorp, LLC is a foreign corporation authorized and doing business in the state of Louisiana.

3. Dollar General is a juridical person operation as a retail store in the City of New Orleans, state of Louisiana owned by Dolgencorp, LLC.

#### IV.

4. On July 16, 2016, plaintiff was patron of Dollar General store located on S. Broad Street, New Orleans, Louisiana.

5. Plaintiff after entering the establishment and commencing to purchase goods from the store suffered a gunshot wound to the hip by unknown assailants existing and apparently had committed a robbery.



EXHIBIT A

6. Plaintiff was transferred by ambulance to University Medical Center Hospital for medical care and treatment.

7. The injury suffered by plaintiff required surgical procedure in which has affected his walking abilities.

8. Plaintiff avers that, at all time relevant to the incident, there was no security of police officers on duty to provide for the safety and protection of patrons.

9. Plaintiff contends that, due to a lack of security on site, Dollar General placed its patrons in danger, and therefore are responsible and liable for the injuries he suffered.

10. Plaintiff contends that, Dollar General's negligence of providing security is at fault for his sustained injuries.

11. Plaintiff contends that, Management Operation of Dollar General in acts / omissions are the causation for his injuries.

12. Plaintiff avers that, at all relevant times of this incident complained of, he made no contribution to for the injuries he sustained.

13. Plaintiff avers that, Dolgencorp, LLC is the owner of Dollar General.

14. Defendant, Dolgencorp, LLC is vicariously liable for the negligence and operation of Dollar General store on N. Broad Street.

15. Plaintiff avers that, he has a continues to suffer emotional distress from his horrific experience at Dollar General.

16. Plaintiff contends that, failure of Dollar General to provide protection for patrons is beyond rational or justification.

17. The General Liability Insurance carrier for defendants is unknown and will be ascertained during discovery and proper joined through amending and supplementing this original petition.

18. Court intervention is indispensable for resolution of this case or controversy.

V.

PRAYER FOR RELIEF

1. Plaintiff prays this Honorable Court exercises its inherent power to hear and decide this case.

2. Plaintiff prays defendants are found liable for his injuries sustained as a patron of their establishment.

3. Plaintiff prays he is awarded compensatory and punitive damages for his injuries.

4. Plaintiff prays that, defendant Dolgencorp, LLC is found vicariously liable for the acts / omissions of its administration, management and staff's negligence at Dollar General.

WHEREFORE, plaintiff prays that this Honorable Court issues citation on defendants, and they are made to appear and answer same. Plaintiff further prays that after all legal delays and due proceedings there be judgment rendered in his favor and against defendants. Plaintiff further prays he is awarded all general and equitable relief proper in premise including but not limited to court cost, attorney fees, out of pocket expenses, penalty and interest from the judicial date of demand until paid in full.

Respectfully Submitted

By: _____
Deidre K. Peterson L.S.B.N. (25823)
The Peterson Law Firm, LLC
102 Burnswick Court
New Orleans, Louisiana 70131
Telephone: (504) 452-8503

PLEASE SERVE:

Dolgencorp, LLC
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

Dollar General
230 N. Broad
New Orleans, LA. 70119

*In Forma Pauperis Affidavit* FILED

2017 JUL 17 P 12:51

Lucius Frankie Self NUMBER: _____ SECTION _____
CIVIL DISTRICT COURT

VERSUS

~~Dollar~~ Dollar General Stores Inc, ORLEANS PARISH, LOUISIANA

All questions must be answered in full
Clients of Federally Chartered Legal Services
Corporations only answer questions 1-8 and 11-13.

1. Full Name Lucius Frankie Self
   SS# ███████-221 2 Date of Birth 4-23-53 Sex Male (Optional)

2. Address 419 Mannases Alley
   (Box # or Street Address)
   New Orleans 70119
   (City) (State & Zip Code)

3. Telephone # 435-1668
   (Home)                    (Work)

4. Are you a Student? NO   If yes, please indicate the name of the school that you are attending. _____

5. What is your Occupation? Retired   Are you employed? _____ If yes, please indicate the name of your employer _____
   Employer's Address N/A   Phone # _____
   How long have you been so employed? _____
   If no, please list the name of your last employer N/A .
   If you are unemployed, how long have you been unemployed? _____

6. Income: Weekly Wages $ _____ Monthly Wages $ _____
   Monthly Deductions: Federal Income Tax _____ FICA _____
   Other Deductions _____ Any other income: _____
   Is your income less than or equal to 125% of the federal poverty level? _____



Page 1 of 4

7. Marital Status:

   Single _____ Married _✓_ Separated _____ Divorced _____
   Widowed _____ Concubine _____

   How many children do you support who are under 18? _None_
   How many children live with you? _None_
   Do you have any other dependants? State names, ages, and relationship:
   _Carolyn Self, 62, wife_

   Is your spouse employed? _No._
   If yes, please indicate the name of your spouse's employer _None_
   Spouse's Employer's Address _None_
   Phone # _____ Wages: Weekly $ _____ Monthly $ _____

8. Do you or your Spouse receive any of the following income or support? _____
   If yes, state the amount: _____
   SSI _✓_ TANF _____ Child Support _____
   Disability _____ Workers Comp _____ Rent Supplement _____
   Unemployment Benefits _____ Food Stamps _✓_

   If you listed any income or support in question 8, proceed to questions 11-13.

9. Do you own or have an interest in any of the following? (Including community property)

   (A) House_____ Value $ _____ Balance owed $ _____
   (B) Auto_____ Value $ _____ Balance owed $ _____
   (C) Truck_____ Value $ _____ Balance owed $ _____
   (D) Watercraft_____ Value $ _____ Balance owed $ _____
   (E) Livestock_____ Value $ _____ Balance owed $ _____
   (F) Machinery_____ Value $ _____ Balance owed $ _____
   (G) Stock_____ Value $ _____
   (H) Bonds_____ Value $ _____
   (I) Certificates of Deposit _____ Value $ _____
   (J) Other Immovable Property _____ Equity $ _____ Debt $ _____
   (K) Bank Account Value $ _____ Name and location of bank _____

10. Please list your monthly expenses:
    Rent $ _700.00_     Lot Rent $ _____      House Note $ _____
    Gas $ _____       Electric $ _____      Water $ _____
    Phone $ _____     Cable $ _____         Garbage $ _____
    Property Taxes $ _____  House Ins. $ _____  Med. Ins. $ _____
    Medical Expenses $ _____  Dental Expenses $ _____  Prescriptions $ _____
    Life Ins. $ _____   Car Note $ _____    Car Ins. $ _____
    Transportation $ _____  Food $ _____    Barber/Beauty $ _____
    Entertainment $ _____  Child Support $ _____  Daycare $ _____
    Cleaning Supplies & Toiletries $ _____ Other $ _____
    Support for children other than those of this marriage $ _____
    Garnishment $ _____

Credit Cards: (List type of card and monthly payment)

| | $ | | $ |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

Loans: (List the financial institution and the amount you pay monthly)

| | $ | | $ |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

TOTAL MONTHLY EXPENSES $ 700.00

11. Does anyone regularly help you pay your expenses? _____ If yes, state that person's name and relationship to you. _____

Do you have any additional income or assets that are not shown above? If yes, please explain. None.

12. What arrangements have you made to pay your attorney's fee and what amount, if any, have you paid? (You are required to answer fully.) Have not paid any fees. Will pay upon recovery

13. Has your attorney explained to you that it is a crime punishable by imprisonment to intentionally give a false answer to any of the above questions? Yes

State of Louisiana

Parish of

Before the undersigned authority personally came and appeared: Lucius Frankie Self , who after being duly sworn deposed and said:

1. (S)he is the person who furnished the information above; that (s)he has signed this petition; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.

2. That the foregoing petition and that all allegations of fact therein contained are true and correct; and that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is (s)he able to provide bond therefor.

*Lucius Frank Self*
Applicant's Signature

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, should judgment be rendered against you, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding in forma pauperis if (s)he is entitled to do so.

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in __Orleans Parish__, Louisiana this __17th__ day of __July__, 20__17__

_____
Notary Public
Deidre K. Peterson
LSBN 25823
My commission is for life

## THIRD PARTY AFFIDAVIT

BEFORE ME, personally came and appeared: __Stanley Price__, who after being sworn, deposed and said that (s)he knows _____ well and that (s)he knows that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

_____
__Stanley Price__
Affiant

SWORN TO AND SUBSCRIBED before me this __17th__ day of __July__, 20__17__

_____
Notary Public
Deidre K. Peterson
LSBN 25823
My commission is for life

## LEGAL SERVICES DECLARATION

BEFORE ME, personally came and appeared: _____ who is a duly authorized representative of Acadiana Legal Services Corporation, Capital Area Legal Services, Kisatchie Legal Services Corporation, New Orleans Legal Services Corporation, North Louisiana Legal Assistance Corporation, Northwestern Legal Services Corporation, Southeast Louisiana Legal Services Corporation, Southwest Louisiana Legal Services Society, or a pro bono program receiving referrals from one of the aforementioned organizations, states that _____ has produced evidence that (s)he receives public assistance benefits, or that (s)he has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that (s)he is entitled to the privilege of litigating without prior payment of costs.

_____
Legal Services/Pro Bono Representative

## ORDER

Considering the foregoing Petition and Affidavits let _____, prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, without paying the costs in advance or as they accrue or furnishing security therefor.

_____
Judge

SOCIAL SECURITY ADMINISTRATION

Date: July 2017
Claim Number: XXX-XX-2212A
XXX-XX-2212DI

*FILED*
*2017 JUL 17 P 12:56*
*CIVIL DISTRICT COURT*

LUCIUS F SELF
419 MANASSES PL
NEW ORLEANS LA 70119-7432

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2016, the full monthly
Social Security benefit before any deductions is......$ 903.20

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 903.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*VERIFIED*

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 855-257-0987. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

        SOCIAL SECURITY
        SUITE 500
        400 POYDRAS STREET
        NEW ORLEANS, LA 70130

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

        OFFICE MANAGER