UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATHERINE BETEMPS** | * | **CASE NO. 2:17-cv-7880** |
| | * | |
| **VERSUS** | * | **JUDGE BROWN** |
| | * | |
| **DOLGENCORP, LLC, ET AL** | * | **MAGISTRATE VAN MEERVELD** |
| | * | |
| | * | **JURY DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes DG Louisiana, LLC (incorrectly styled "Dolgencorp, LLC"), who, pursuant to F.R.C.P. 56, respectfully moves this Honorable Court for summary judgment in its favor for the reasons set forth in the accompanying memorandum in support. DG Louisiana, LLC, submits that there exists no genuine issues of material fact and it is entitled to judgment as a matter of law, dismissing plaintiff's claims against it, with prejudice, at plaintiff's cost.

**WHEREFORE**, DG Louisiana, LLC, respectfully prays this Honorable Court grant summary judgment in its favor dismissing all of plaintiff's claims against it, with prejudice, at plaintiff's cost.

Respectfully submitted:

    */s/ Trevor C. Davies*
PETER J. WANEK (23353)
TREVOR C. DAVIES (32846)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras St., Suite 1810
New Orleans, LA  70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of July, 2018, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by filing this pleading electronically using the United States District Court for the Eastern District of Louisiana ECF system.

    */s/ Trevor C. Davies*