MINUTE ENTRY
VAN MEERVELD
September 7, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE D. BETEMPS, *Plaintiff* | * | CIVIL ACTION |
| | * | NO.   17-7880 |
| | * | |
| VERSUS | * | SECTION:   "G" (1) |
| | * | |
| DOLGENCORP, LLC., ET AL. *Defendants* | * | JUDGE NANNETTE JOLIVETTE BROWN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

Further negotiations with all counsel were successful and resulted in the settlement of all claims.  The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 00:45