UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE D. BETEMPS | CIVIL ACTION |
| VERSUS | NO. 17-7880 |
| DOLGENCORP, LLC, et al. | SECTION "G"(1) |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 10th day of September, 2018.

                                              NANNETTE JOLIVETTE BROWN
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT JUDGE

---

[1] *See* attached email dated September 7, 2018.

Page 1 of 1

Case 2:17-cv-07880-NJB-JVM   Document 39   Filed 09/10/18   Page 2 of 2

 Betemps v. Dolgencorp (Case No. 17-7880)Trevor Davies to: efile-brown@laed.uscourts.gov 09/07/2018 01:10 PM
Cc: Woody Falgoust, Roxi Webster, Sherry Bisso
From: Trevor Davies <tdavies@wkdlawfirm.com>
To: "efile-brown@laed.uscourts.gov" <efile-brown@laed.uscourts.gov>
Cc: Woody Falgoust <wfalgoust@woodyfalgoust.com>, Roxi Webster <rwebster@woodyfalgoust.com>, Sherry Bisso <sbisso@wkdlawfirm.com>

Dear Chief Judge Brown,

The parties are pleased to report that they have reached a settlement agreement in the above-referenced matter. Plaintiff's counsel is working to obtain a final lien letter from Medicare/CMS. We hope to have the settlement finalized within 30-60 days and will then submit a Rule 41 Stipulation of Dismissal.

We greatly appreciate your attention to this matter.

Thank you,
Trevor

Trevor C. Davies
Wanek Kirsch Davies LLC
1340 Poydras Street, Suite 1810
New Orleans, LA 70112
504-324-6459 Direct
504-324-6626 Fax
tdavies@WKDlawfirm.com

www.WKDlawfirm.com



file:///D:/Users/AlexTrabolsi/AppData/Local/Temp/notes67E21A/~web9741.htm        9/7/2018