UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATHERINE BETEMPS** | * | **CASE NO. 2:17-cv-7880** |
| | * | |
| **VERSUS** | * | **JUDGE BROWN** |
| | * | |
| **DOLGENCORP, LLC, ET AL** | * | **MAGISTRATE VAN MEERVELD** |
| | * | |
| | * | **JURY DEMANDED** |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## RULE 41 STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Catherine Betemps, and defendant, DG Louisiana, LLC, who advise this Court that they have concluded their settlement and that it is now appropriate to issue a Judgment pursuant to Federal Rule of Civil Procedure 41(a) dismissing all claims in the captioned matter with prejudice.

**WHEREFORE**, for the reasons stated above, plaintiff and defendant pray that this Court issue a Judgment pursuant to Federal Rule of Civil Procedure 41(a) dismissing all claims in the captioned matter with prejudice.

Respectfully Submitted,

 /s/ Woody Falgoust
WOODY FALGOUST (23726)
1050 Canal Boulevard
Thibodaux, LA  70301
Telephone: (985) 447-6665
ATTORNEY FOR PLAINTIFF

Respectfully Submitted,

 /s/ Trevor C. Davies
PETER J. WANEK (23353)
TREVOR C. DAVIES (32846)
WANEK KIRSCH DAVIES LLC
1340 Poydras, Suite 1810
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 8th day of November, 2018

                        */s/ Trevor C. Davies*