## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BETEMPS** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 17-7880** |
| **DOLGENCORP, LLC, et al.** | **SECTION: "G"(1)** |

### ORDER

Considering the foregoing "Rule 41 Stipulation of Dismissal,"[1]

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-numbered and captioned action be and the same is hereby dismissed, with prejudice, pursuant to compromise, each party to bear its respective costs.

**NEW ORLEANS, LOUISIANA**, this 16th day of November, 2018.

*Nannette Jolivette Brown*

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 40.